SLIP OPINION

Cite as 2016 Ark. 325

# SUPREME COURT OF ARKANSAS

**No.** D–16–774

|  |  |
|---|---|
| IN RE ROBERT L. BARROW ARKANSAS BAR NO. 78010 | **Opinion Delivered:** September 22, 2016 |
|  | PETITION FOR VOLUNTARY SURRENDER OF LAW LICENSE |
|  | <u>PETITION GRANTED.</u> |

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, and in lieu of disciplinary proceedings, we hereby accept the voluntary surrender of the license of Robert L. Barrow of Little Rock, Arkansas, to practice law in the State of Arkansas. In his petition to surrender his law license voluntarily, filed with this court on August 31, 2016, Dr. Barrow acknowledges that in the United States District Court, Eastern District, he entered a guilty plea to one felony count of conspiracy to commit health care fraud, a Class C felony, and was sentenced on July 26, 2016, to two years' imprisonment. Dr. Barrow states that he wishes to avoid the expense, stress, and publicity of addressing his misconduct through disbarment proceedings.

The name of Robert L. Barrow shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

Petition granted.